Carla B. Hatheway, et al., Plaintiffs-Appellees, v. Stella La Zelle Barnhart, individually and as trustee etc., et al., Defendants-Appellants.

In re Petitions of Morgan L. Fitch, etc., Intervenor-Appellee, Hiram P. Barnhart, Jr., et al., Defendants-Appellees, Willis Judson Barnhart, et al., Defendants-Appellees, Stella La Zelle Barnhart, etc., et al., Defendants-Appellants, Carla B. Hatheway, et al., Plaintiffs-Appellees.

Gen. No. 46,873. 

First District, First Division.

January 7, 1957.

Rehearing denied February 11, 1957.

Released for publication February 11, 1957.

William M. Doty, and J. Allan Lind, for defendants, Stella La Zelle Barnhart, et al., defendants-appellants, Clarence Edelson, of counsel; Chapman and Cutler, George H. Jirgal, for plaintiffs-appellees; Daniel A. Costigan, and William C. Wines, for Hiram P. Barnhart, Jr., et al., defendants-appellees; John William Chapman, for Willis Judson Barnhart, defendant-appellee; Petit, Olin, Overmyer & Fazio, for Morgan L. Fitch, intervenor-appellee. Opinion by JUDGE BURKE. Not to be published in full.